# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Caballero, Leonel | Docket No. | 0980 2:19CR00111-WFN-11 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leonel Caballero, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Leonel Caballero is alleged to have tested positive for methamphetamine and marijuana on or before July 22, 2019.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Caballero. He acknowledged an understanding of his conditions, which included standard condition number 9.

On July 22, 2019, Mr. Caballero reported to the probation office for a pretrial supervision intake. On this date, Mr. Caballero submitted to a drug screen which returned presumptive positive for methamphetamine and marijuana. Mr. Caballero signed the admission/denial drug use form admitting to having used both substances on the day of his arrest, July 17, 2019. As a result of this non-compliance, the defendant has been referred to Grant Integrated Services in Moses Lake, Washington for drug and alcohol treatment.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: August 8, 2019 |
| by | s/Jose Zepeda |
| | Jose Zepeda<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

August 8, 2019
_____
Date