# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Caballero, Leonel | Docket No. | 0980 2:19CR00111-011 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leonel Caballero, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of July 2019, under the following conditions:

**Standard Condition No. 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On November 19, 2019, Leonel Caballero tested positive for the use of methamphetamine. On November 21, 2019, Mr. Caballero admitted, through his attorney, to the use of methamphetamine.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Caballero. He acknowledged an understanding of his conditions, which included standard condition number 9.

On November 19, 2019, Mr. Caballero reported as directed to the contract vendor, Social Treatment Opportunity Programs (STOP), and submitted to urine drug testing. The sample tested presumptively positive for the use of methamphetamine and was sent to the laboratory, Alere, for confirmation testing; those results are still pending. Mr. Caballero denied, in writing, to any illicit drug use. However, on November 21, 2019, the probation officer spoke with the defendant's attorney, Richard Mount, who advised that Mr. Caballero now admits to the use of methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 22, 2019 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_November 22, 2019_____
Date