UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Caballero, Leonel | Docket No. | 0980 2:19CR00111-WFN-11 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leonel Caballero, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 18th day of July 2019, under the following conditions:

**Standard Condition No. 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation No. 1:** Leonel Caballero allegedly violated the conditions of his pretrial supervision by testing positive for the use of methamphetamine on January 7, 2020.

On July 22, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Caballero. He acknowledged an understanding of his conditions, which included standard condition number 9.

On January 7, 2020, Mr. Caballero submitted to urine drug testing at Social Treatment Opportunity Programs (STOP) as directed. The sample tested presumptively positive for the use of methamphetamine and was sent to Alere Laboratory (Alere) for confirmation testing. On January 13, 2020, the probation officer was notified by STOP that the sample was confirmed positive for the use of methamphetamine by Alere on January 11, 2020.

The probation officer spoke to Mr. Caballero about the positive drug test and he denied any use. The defendant stated that he had received oral sex from a woman on the morning he submitted his drug test. He stated that the woman later admitted to having smoked methamphetamine just prior to the sexual contact. Mr. Caballero reported that he went directly afterward to provide a urine sample and did not wash himself before providing the sample. Mr. Caballero denied any use of methamphetamine and claimed that the positive results are due to unintentional second-hand exposure from the woman.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   January 22, 2020 |
| by | s/Curtis G. Hare |
|   | Curtis G. Hare<br>U.S. Pretrial Services Officer |

PS-8

**Re: Caballero, Leonel**
**January 22, 2020**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 22, 2020
_____
Date