# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2020**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Caballero, Leonel | Docket No. | 0980 2:19CR00111-WFN-11 |
|---|---|---|---|

### Petition for No Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, SUPERVISORY PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leonel Caballero, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 18th day of July 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Leonel Caballero is alleged to have ingested methamphetamine on or about September 10, 2020.

On July 22, 2019, the pretrial release conditions were reviewed and signed by Mr. Caballero acknowledging an understanding of standard condition number 9, as outlined above.

On September 15, 2020, Mr. Caballero reported to Social Treatment Opportunity Programs (STOP) for a random drug screen. During this visit, Mr. Caballero admitted to a counselor he ingested a controlled substance, specifically methamphetamine. On this date, Mr. Caballero signed the admission/denial drug use form admitting to having used this substance on or about September 10, 2020.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |  |
|---|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |  |
|  | Executed on: | September 22, 2020 |
| by | s/Jose Zepeda |  |
|  | Jose Zepeda Supervisory U.S. Pretrial Services Officer |  |

PS-8

**Re: Caballero, Leonel**
**September 22, 2020**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____September 23, 2020_____
Date