FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>LEONEL CABALLERO,<br><br>                Defendant. | No.   2:19-CR-0111-WFN-11<br><br>ORDER MODIFYING TERMS OF SUPERVISED RELEASE |

Pending before the Court is Defendant's Unopposed Motion to Modify Special Conditions of Supervision. ECF No. 1122. On January 28, 2021, the Court imposed a time served sentence with five years of supervised release. As a condition of release, the Court imposed 24 months of home confinement. Due to Defendant's exemplary compliance over the last year, Defendant asks that the Court strike the remaining term of home confinement. Defendant represents that United States Probation Officer Emely Cubias has no objection to the motion and the Government defers to Probation Officer Cubias's position. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Unopposed Motion to Modify Special Conditions of Supervision, filed January 20, 2022, **ECF No. 1122**, is **GRANTED**.

2. Special Condition No. 1 is **STRICKEN**. All remaining conditions of Defendant's supervised release **REMAIN IN EFFECT**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Emely Cubias.

**DATED** this 26th day of January, 2022.

*[signature]*

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

01-25-22

ORDER